**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern _____ District of New York _____
(State)

Case number (*if known*): _____ Chapter 11 _____

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Mercapital de Nicaragua, S.A.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   Mercapital
   Mercapital de Nicaragua, Sociedad Anónima

3. **Debtor's federal Employer Identification Number (EIN)**

   — — – — — — — — — —

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | Avenida Jean Paul Genie | |
   | Number    Street | Number    Street |
   | Edificio Avanz, 3er piso | |
   | | P.O. Box |
   | Managua, Nicaragua. | |
   | City    State    ZIP Code | City    State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | County | Number    Street |
   | | |
   | | City    State    ZIP Code |

5. **Debtor's website** (URL)

   www.merconcoffeegroup.com

| Debtor | Mercapital de Nicaragua, S.A. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**6.  Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

__4__  __2__  __4__  __5__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| Debtor | Mercapital de Nicaragua, S.A. | Case number (if known) |
|---|---|---|
| | Name | |

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. | District _____ | When _____ | Case number _____ |
| | | MM / DD / YYYY | |
| District _____ | When _____ | Case number _____ |
| | | MM / DD / YYYY | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. | Debtor   See attached _____ | Relationship _____ |
| District _____ | When _____ |
| | MM / DD / YYYY |
| Case number, if known _____ | |

**11.** **Why is the case filed in *this* district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____
City                                              State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

| Debtor | Mercapital de Nicaragua, S.A. | Case number *(if known)* |
|---|---|---|
| | Name | |

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**
(on a consolidated basis)

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☑ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**
(on a consolidated basis)

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☑ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**
(on a consolidated basis)

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☑ $100,000,001-$500 million | ☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/06/2023
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title Chief Restructuring Officer

Harve Light
Printed name

| Debtor | Mercapital de Nicaragua, S.A. | Case number *(if known)* |
|---|---|---|
| | Name | |

**18. Signature of attorney**

✖ /s/ Blaire Cahn

Signature of attorney for debtor

Date    12/06/2023

MM    / DD  / YYYY

Blaire Cahn

Printed name

Baker & McKenzie LLP

Firm name

452        Fifth Avenue

Number        Street

New York                    NY        10012

City                    State        ZIP Code

212-626-4695            blaire.cahn@bakermckenzie.com

Contact phone            Email address

4737276                    NY

Bar number                State

# SCHEDULE 1

**Pending Bankruptcy Cases Filed by the Debtors in this Court**

On the date hereof, each of the affiliated entities listed below (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York. Contemporaneously herewith, the Company is filing a motion requesting the joint administration of these chapter 11 cases for procedural purposes only under the case number assigned to Mercon Coffee Corporation.

1. Agro International Holding B.V.
2. Cisa Export S.A.
3. Comercial Internacional de Granos de Honduras, S.A. de C.V.
4. Comercial Internacional Exportadora Sociedad Anónima or
   Comercial Internacional Exportadora, S.A.
5. Distribuidora de Granos de Nicaragua, Sociedad Anónima
6. Mercafe Vietnam LTD.
7. Mercapital de Nicaragua, Sociedad Anónima or Mercapital de Nicaragua, S.A.
8. Mercon B.V.
9. Mercon Brasil Comércio de Café Ltda.
10. Mercon Coffee Corporation
11. Mercon Guatemala, S.A.

1

Paul J. Keenan Jr. (*pro hac vice* pending)
John R. Dodd (*pro hac vice* pending)
Reginald Sainvil (*pro hac vice* pending)
Baker & McKenzie LLP
1111 Brickell Avenue, 10th Floor
Miami, FL 33130
Telephone: 305-789-8900
Facsimile: 305-789-8953
Email: paul.keenan@bakermckenzie.com
        john.dodd@bakermckenzie.com
        reginald.sainvil@bakermckenzie.com

Blaire Cahn
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Telephone: 212-626-4695
Facsimile: 212-310-1695
Email: blaire.cahn@bakermckenzie.com

*Proposed Counsel for the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MERCAPITAL DE NICARAGUA, S.A., | Case No. |
| Debtor. | |
| _____/ | |

## LIST OF EQUITY SECURITY HOLDERS

| Name and Address | % Equity Interest |
|---|---|
| Nimes Enterprises, B.V. Kaya W.F.G. (Jombi) Mensing 14, 2nd Floor Curacao. | 100% |

Paul J. Keenan Jr. (*pro hac vice* pending)
John R. Dodd (*pro hac vice* pending)
Reginald Sainvil (*pro hac vice* pending)
Baker & McKenzie LLP
1111 Brickell Avenue, Suite 1000
Miami, FL 33130
Telephone: 305-789-8900
Facsimile: 305-789-8953
Email: paul.keenan@bakermckenzie.com
       john.dodd@bakermckenzie.com
       reginald.sainvil@bakermckenzie.com

Blaire Cahn
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Telephone: 212-626-4695
Facsimile: 212-310-1695
Email: blaire.cahn@bakermckenzie.com

*Proposed Counsel for the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| MERCAPITAL DE NICARAGUA, S.A., | CASE NO. |
| Debtor. | |
| _____ / | |

## <u>CORPORATE OWNERSHIP STATEMENT</u>

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the

following are the corporations, other than a governmental unit, that directly own 10% or more of

any class of the above-captioned debtor's equity interest:

Nimes Enterprises, B.V.                              100% Owner

| Fill in this information to identify the case |
|---|
| Debtor name <u>Mercon Coffee Corporation</u> |
| United States Bankruptcy Court for the: <u>Southern</u> District of <u>New York</u> |
| Case number (If known): _____ |

g  Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1. | Stichting andgreen.fund (&Green) Basisweg 10, 1043AP, Amsterdam, The Netherlands | Johnny Brom +31 (0)70 744 8884 brom@sailventures.com | Subordinated Loan | | | | $20,000,000 |
| 2. | Crowdout Capital LLC 812 San Antonio St Suite 105 Austin, TX 78701 | Adam R. Weber 512.538.1883 aweber@crowdoutcapital.com | Subordinated Loan | | | | $20,000,000 |
| 3. | LaFise Nicaragua Centro Financiero LAFISE, Km. 5 1/2 Carretera Masaya Codigo Postal 14187 Managua, Nicaragua | Manuel Jerez (505) 2255-8888 Ext. 4244. mjerez@lafise.com | Bank Loan | | | | $19,490,776 |
| 4. | London Forfaiting 15 Austin Friars London, EC2N 2HE United Kingdom | Carlos Lunardini (+1) 212 377-2016 Carlos.Lunardini@forfaiting.com | Bank Loan | | | | $13,000,000 |
| 5. | Banco Agromercantil 7a. Avenida 7-30 Zona 9 Codigo Postal 01009 Ciudad de Guatemala Guatemala | Felipe Alfonso Galvez Berganza +502 2338- 6565 Ext.: 97691 felipe.galvez@bam.com.gt | Bank Loan | | | | $9,000,000 |
| 6. | Nederlandse Financierings-Maatschappij voor Ontwikkelingslanden N.V. (FMO) Anna van Saksenlaan 71 I P.O. Box 93060 2509 AB The Hague The Netherlands | Anton Timpers +31 (0)70 314 9778 a.timpers@fmo.nl | Subordinated Loan | | | | $5,000,000 |

Debtor Mercon Coffee Corporation _____   Case number (*if known*)_____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7. Common Fund For Commodities Rietlandpark 301 1019 DW Amsterdam Netherlands | Ms. Tia Sudjarwo 0031 20 5754967 tia.sudjarwo@common-fund.org | Bank Loan | | | | $4,000,000 |
| 8. Banco Internacional de Costa Rica Avenida Balboa y Calle Aquilino De La Guardia Código Postal: 081607810 Ciudad de Panamá Panamá | Karla Castillo - Ejecutivo Corporativo +505 8884-2096 kcastillo@bicsa.com | Bank Loan | | | | $3,500,000 |
| 9. Banco Safra S.A. Av. Paulista 2100 6 Andar Sao Paulo Zip Code 01310-930 | Thiago de Castro Santos 55 11 2472-4133 castro.thiago@safra.com.br | Bank Loan | | | | $3,246,500 |
| 10. BAC Panama Calle Aquilino De La Guardia Edificio BAC Credomatic Código Postal: 081906536 Ciudad de Panamá Panamá. | Ramiro Jesus Aguilar Ochoa (507) 6151-8196, (507) 6439-5496 RamiroAguilarO@pa.bac.net | Bank Loan | | | | $3,000,000 |
| 11. BAC Nicaragua Centro Financiero BAC Km 4 1/2 Carretera a Masaya Código Postal 14125 Managua, Nicaragua | Myriam Caldera Gurdian (505) 2274-4444. (505) 8871 1314 mcaldera@baccredomatic.ni | Bank Loan | | | | $2,000,000 |
| 12. Banco de Finanzas S.A. Centro Corporativo BDF Del Club Terraza 440m. al este Código Postal 14114 Managua, Nicaragua | Maria Felicia Otero Castilblanco +(505) 2276-8600 Ext 2075 +(505) 8720-1129 maria.otero@bdfnet.com | Bank Loan | | | | $2,000,000 |
| 13. Zenith Group Advisors 445 Park Avenue 9th Floor New York, NY 10022 | Cole Reifler - 310 382 0211 creifler@zenithgroupadvisors.com | Trade | | | | $1,800,000 |
| 14. Banco ABC Brasil S.A. AV. Cidade Jardim 803 2O Andar Sao Paulo/SP Zip Code 01453-000 | Michelle Amorim de Araujo Cunha 55 (31) 99885-9464 michelle.cunha@abcbrasil.com.br | Bank Loan | | | | $1,227,524 |
| 15. Banco Santander (Brasil) S.A. Av. Pres. Juscelino Kubitschek 2041 - CJ 281, Bloco A, Cond. Wtorre JK - Vila Nova Conceição São Paulo-Sp Zip Code: 04543-011 | Rafael Carvalho de Souza 55 (35) 999507388 rafael.carvalho.de.souza@santander.com.br | Bank Loan | | | | $807,556 |

Debtor Mercon Coffee Corporation _____    Case number (*if known*)_____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 16. Blendcoffee Comercio Exportacao E I Avenida Cerejeiras, 395 - Bairro Movelar. Linhares/ES | Julio Cesar Galon Moro (27) 99984-1250 Diretoria@blendcoffee.ind.br | Trade | | | | $589,804 |
| 17. Expocaccer – Matriz Av Faria Pereira. Patrocinio Minas Gerais 38740-514, Brasil | Rubstein 55 34 3839-9300 rubstein@expocaccer.com.br | Trade | | | | 585,283 |
| 18. Aklilu Kassa Chirrissa (Nardos Coffee Export) Akaky Kality Subcity, Woreda 05, House No. 9999, Addis Ababa, Ethiopia | Dessalegn Jena +251114667545/0298 dessalegnjena@gmail.com; info@nardoscoffee.com | Trade | | | | 350,266 |
| 19. Banapiña de Nicaragua, S.A. Oficina Asesores Legales Consortium, De donde fue el Hospital Militar, 1C. Al lago, 10 varas abajo, Managua, Nicaragua. | Carlos Taboada +505 2254-5454 ctaboada@consortiumlegal.com | Trade | | | | $179,124 |
| 20. Nova Safra Transportes Ltda Av. Otto Salgado, 700 Distrito Industrial Claudio Galvão De Nogueira, Varginha - MG 37026-690 | Viviane Maselli Spinola 55 (35) 3222-7676 (35) 99229-3913 comercial@novasafralog.com.br | Trade | | | | $169,570 |
| 21. Commodity Supplies AG 7975 NW 154th St Suite 200. Miami Lakes, FL 33016 United States | Kornelia Tiede +1 305-207-2954 kornelia.tiede@commodity.ch | Trade | | | | $146,322 |
| 22. Kerchanshe Trading plc 6th Floor, Africa Insurance Building, South African Street P.O. Box 19891 Addis Ababa, Ethiopia | Yigezu Legesse +251-11-3716370/+251-96-2414141 info@kerchanshe.com | Trade | | | | 143,519 |
| 23. Revolucao Transportes Ltda F Alameda Do Cafe, 195 - Jardim Andere – Varginha/ MG - Zip Code: 37026-400 | Lincoln Moreira Gabriel 55 (35) 3015-2706 (33) 99921-9561 lincoln.gabriel@revolucaotransportes.com.br | Trade | | | | $134,080 |
| 24. Jorge Luiz Maiolini Faz Cruz De Moisés, S/N, Zona Rural, Eloi Mendes - Mg. Zip Code: 31110-000 | Jorge Luiz Maiolini (35) 99988-2522 | Trade | | | | $129,326 |

Debtor Mercon Coffee Corporation _____    Case number (*if known*)_____
    Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 25. | Detech Coffee To dan pho Thap, Phuong Di Su, Thi xa My Hao, Tinh Hung Yen, Vietnam | Mr. Sinh - To dan pho Thap, Phuong Di Su, Thi xa My Hao, Tinh Hung Yen, Vietnam Mr Sinh - 0221 730 6688 sinh@detechcoffee.com | Trade | | | | $111,386 |
| 26. | M&M Cafe Ltda Avenida Melo Viana, 604. Manhuaçu, Minas Gerais 36902-290 | M&M Cafe Ltda 55 33 3331-1879 escritaservicoscontabeis@gmail.com; mbr.voucher@merconcorp.com | Trade | | | | $106,603 |
| 27. | Agroindustrias Unidas de México S.A. de C.V. (AMSA) Bosques de Alisos No 45-A 2do piso, Bosques las Lomas, Ciudad de México, DF, México. | Alfredo Bojalil +52 55 52576500 alfredo.bojalil@ecomtrading.com | Trade | | | | $86,321 |
| 28. | Revolucao Transportes Ltda BA Rua Maximo Matos, 6 SL1. Encruzilhada, Bahía 45150-000 | Lucas Moreira 55 3333316736 lucas.gabriel@revolucaotransportes.com.br | Trade | | | | $83,010 |
| 29. | Federacion Nacional de Cafeteros de Colombia Calle 73 Numero 8-13, Bogotá, Colombia | Germán Bahamón 3136700313600/3137317 german.bahamon@cafedecolombia.com | Trade | | | | $81,991 |
| 30. | Finca Churupampa Perú S.A.C. Cal Chinchipe SN Centro Chirinos. San Ignacio, Perú | Finca Churupampa Perú S.A.C. +51 949 605 978 contacto@fincachurupampa.com | Trade | | | | $75,905 |

**Fill in this information to identify the case and this filing:**

Debtor Name  Mercapital de Nicaragua, S.A.

United States Bankruptcy Court for the:  Southern _____ District of  New York
                                                                            (State)

Case number (if known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑  *Schedule H: Codebtors* (Official Form 206H)

❑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑  Amended *Schedule* _____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑  Other document that requires a declaration  Corporate Ownership Statement and List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/06/2023           ✗ _____
            MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                Harve Light
                                Printed name

                                Chief Restructuring Officer
                                Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

SERIE "Q"

**DIECINUEVE CORDOBAS** 19⁰⁰

No. 5406988

## CERTIFICACIÓN

█████████████████████ Notario Público de la

República de Nicaragua, debidamente autorizado por la Corte

Suprema de Justicia para cartular durante el quinquenio que finaliza el día doce de febrero del

año dos mil veintisiete, **CERTIFICA:** Que ha tenido a la vista el Libro de Actas que actualmente

lleva la compañía de este domicilio, denominada MERCAPITAL DE NICARAGUA, SOCIEDAD

ANÓNIMA, y que de la página ciento ochenta y uno (181) a la ciento ochenta y cinco (185) de

dicho Libro, se encuentra el acta que íntegra y literalmente dice: *"ACTA NÚMERO CIENTO*

*NOVENTA Y NUEVE (199) JUNTA GENERAL EXTRAORDINARIA DE ACCIONISTAS.- En la*

*ciudad de Managua, República de Nicaragua, a las cuatro de la tarde del día cinco de diciembre*

*del año dos mil veintitrés, se celebró sesión de Junta General Extraordinaria de Accionistas de la*

*sociedad MERCAPITAL DE NICARAGUA, SOCIEDAD ANÓNIMA, (la "Sociedad"), en las oficinas*

*de la Sociedad, ubicadas en Avenida Jean Paul Genie, Edificio Avanz, tercer piso, Managua,*

*República de Nicaragua y al efecto estando presentes los siguientes accionistas o representantes*

*de accionistas así:* ████████████████ *en nombre y representación de Nimes*

*Enterprises B.V., previamente denominada Nimes Enterprises Inc., titular de 12,829 acciones; y*

████████████████ *en nombre y representación de* ████████████ *titular de 1*

*acción; en nombre y representación de* ████████████████ *titular de 1 acción; en*

*nombre y representación de* ████████████ *titular de 1 acción; en nombre y*

*representación de* ████████████ *titular de 1 acción; y en nombre y representación*

*de* ████████████ *titular de 1 acción. Los accionistas se han reunido sin*

*convocatoria previa y por simple acuerdo verbal de todos los presentes que son dueños o*

*representan la totalidad de las acciones emitidas y en circulación, tratándose en consecuencia de*

*una asamblea totalitaria. Quedó así legalmente organizada esta sesión de Junta General*

*Extraordinaria de Accionistas, después de haber sido admitidos y archivados, por estar*

*extendidos en debida forma, los Poderes presentados por el representante de accionistas que ha*

*concurrido a esta reunión. Por decisión de los señores accionistas, presidió la reunión el señor*

████████████████ *en nombre y representación de Nimes Enterprises B.V. Después de*

*comprobar la existencia de quórum, el señor* ████████████ *declaró abierta la*

*sesión y mocionó para que se aprobase la renuncia a la convocatoria previa de la misma, así*

como la siguiente agenda: Primero: Lectura del Acta anterior, Segundo: Presentación de solicitud de aplicación del Capítulo 11 por la Sociedad, Tercero: Autorización General y Cuarto: Autorización para libramiento de Certificaciones de Acta. Los señores Accionistas de forma unánime aprobaron la agenda propuesta por el Presidente de la sesión y continuación se procedió de la siguiente manera: Primero: Lectura y ratificación del Acta anterior. Se leyó el Acta anterior, la cual fue ratificada por unanimidad de votos. Segundo: Presentación de Solicitud de aplicación del Capítulo 11 por la Sociedad. CONSIDERANDO, que la Junta General de Accionistas de la Sociedad (los "Accionistas") ha examinado los aspectos financieros y operativos de la actividad de la Sociedad y las recomendaciones de los profesionales y asesores de la Sociedad; POR LO TANTO, SE RESUELVE, que los Accionistas consideran que es conveniente y beneficioso para la Sociedad, sus acreedores, accionistas y otras partes interesadas que la Sociedad presente una petición (la "Petición"), solicitando la aplicación del capítulo 11 del título 11 relativa a la reestructuración establecida por el Código de Quiebras de los Estados Unidos (el "Código") ante el correspondiente Tribunal de los Estados Unidos para el Distrito Sur de Nueva York (el "Tribunal Competente"); y que SE RESUELVE, ADEMÁS, que el Sr. Harve Light actuará como Oficial Principal de Reestructuración ("CRO") de la Sociedad y tendrá las facultades y deberes establecidos en su carta de compromiso, durante el plazo especificado en dicha carta o, en caso de renuncia o destitución anticipada, hasta su renuncia o destitución; que al CRO se le autorizará y facultará para actuar en nombre de la Corporación en cualquier proceso judicial u otros procedimientos en cualquier país extranjero y para actuar de cualquier manera permitida por la legislación extranjera aplicable, incluyendo, pero no limitado a (a) iniciar un Acuerdo de Homologatie Onderhands Akkoord en los Países Bajos, (b) buscar el reconocimiento del caso de capítulo 11 de la Corporación en Brasil, y (c) iniciar un proceso de insolvencia plenaria o buscar reconocimiento en un proceso de insolvencia auxiliar en cualquier país extranjero de cualquier manera permitida por la legislación extranjera aplicable; y que SE RESUELVE, ADEMÁS, que el CRO (el "Funcionario Autorizado") queda por la presente autorizado y facultado en nombre y representación de la Sociedad para ejecutar, verificar y hacer que se presente la Petición, junto con anexos de activos y pasivos, el estado de situación financiera y otros documentos adicionales requeridos por el Código y las Normas Federales Reguladoras del Procedimiento del Capítulo 11 que deben presentarse con la Petición, en el momento en que los Funcionarios

SERIE "Q"

DIECINUEVE CÓRDOBAS

No. 5406989

Autorizados lo consideren oportuno; y que SE RESUELVE, ADEMÁS, que el Presidente, el Director Ejecutivo (CEO), el Director Financiero (CFO) y cualquier otra persona designada y autorizada en virtud de la legislación aplicable para actuar, los documentos corporativos de la Sociedad o una resolución por escrito aprobada por la Junta de Accionistas (conjuntamente, dichas personas, los "Funcionarios" y cada uno de ellos un "Funcionario") quedan por la presente autorizados, facultados e instruidos a ejecutar todos los demás actos y asuntos que el CRO y dichos Funcionarios consideren necesarios o apropiados para llevar a cabo las resoluciones anteriores, en asistencia a la Petición. SE RESUELVE, ADEMÁS, que, en la medida en que la Sociedad actúe como (i) el único miembro o gerente, (ii) el único accionista o accionista de capital, (iii) el miembro gerente, (iv) el socio general o (v) de otro modo como el órgano de gobierno (la "Parte Controlante"), en cada caso, de cualquier subsidiaria de la Sociedad (la "Parte Controlada"), cada Funcionario de la Parte Controlante, que puede actuar sin la participación de cualquiera de los otros, queda por la presente autorizado en nombre y por cuenta de la Parte Controlante (actuando por la Parte Controlada en la capacidad establecida anteriormente, según corresponda) a tomar todas las medidas en nombre de dicha Parte Controlada que un Funcionario está por la presente autorizado a tomar en nombre de la Parte Controlante, en cada caso sujeto a la aprobación delos Accionistas según se requiera en virtud de los documentos societarios y ley local; y que SE RESUELVE ADEMÁS, que en relación con el inicio de la presentación del capítulo 11 por parte de la Sociedad, el Funcionario Autorizado por la presente queda autorizado y facultado en nombre y representación de la Sociedad, para negociar, ejecutar, entregar y realizar o hacer que se realicen (i) uno o más Contratos de Crédito de deudor en posesión con la Sociedad y cualesquiera filiales pertinentes como deudores o garantes en los términos y por los importes que cualquier Funcionario considere apropiados (colectivamente, los "Contratos de Crédito"), (ii) todos y cualesquiera de los acuerdos o instrumentos en nombre de la Sociedad y cualesquiera filiales pertinentes (incluidos, en relación con los mismos, los pagarés, acuerdos de garantía, garantías, cartas de honorarios y otros acuerdos o instrumentos en nombre de la Sociedad y de cualquier filial pertinente (estos otros acuerdos e instrumentos, junto con los Contratos de Crédito, se denominan conjuntamente los "Documentos de Financiación")) necesarios o convenientes para llevar a cabo las operaciones contempladas en los Documentos

1  de Financiación, con las modificaciones o agregados a los Documentos de Financiación que el

2  Funcionario Autorizado que los suscriba considere necesarias o convenientes, cuya aprobación

3  se hará constar mediante su firma, y (iii) todas y cada una de las modificaciones, suplementos y

4  adendas a los Documentos de Financiación que el Funcionario Autorizado que los suscriba

5  considere necesarios, adecuados o convenientes, cuya aprobación se hará constar mediante su

6  firma; y que SE RESUELVE ADEMÁS, que los Funcionarios , y cualesquiera empleados o agentes

7  (incluidos asesores legales) designados por los Funcionarios o instruidos por ellos, estarán

8  autorizados y facultados, y cada uno de ellos lo está por la presente, para hacer que la Sociedad

9  y las filiales que la administración considere apropiadas celebren, ejecuten, entreguen,

10  certifiquen, presenten, registren y ejecuten tales acuerdos, instrumentos, mociones,

11  declaraciones juradas, solicitudes de aprobaciones o resoluciones de autoridades

12  gubernamentales o reguladoras, certificados u otros documentos, y tomen otras medidas que

13  dicho Funcionario considere que sean necesarias, adecuadas y convenientes para proseguir con

14  éxito la Presentación bajo el Capítulo 11 y para llevar a cabo y poner en práctica los propósitos

15  de estas resoluciones, y las transacciones contempladas en estas resoluciones, debiendo quedar

16  constancia de su autoridad para ello mediante la adopción de dichas medidas; y que SE

17  RESUELVE, ADEMÁS, que los Autorizados estarán, y cada uno de ellos está, autorizado y facultado

18  en nombre y representación de la Sociedad para contratar a Baker & McKenzie LLP, Riveron

19  Management Services, LLC, y otros asesores legales, asesor bancario de inversiones,

20  contadores, asesores financieros, agentes de reclamos y notificaciones, y otros profesionales o

21  proveedores de servicios para asistir en Presentación bajo el Capítulo 11 en los términos que los

22  Funcionarios consideren necesarios, adecuados o convenientes. Tercero: Autorización general.

23  SE RESUELVE, que todos y cada uno de los actos realizados y todos y cada uno de los

24  certificados, instrumentos, acuerdos u otros documentos ejecutados en nombre de la Sociedad

25  por los Funcionarios antes de la adopción de las resoluciones precedentes con respecto a

26  cualquiera de las transacciones, acciones, certificados, instrumentos, acuerdos u otros

27  documentos autorizados o aprobados por las resoluciones precedentes sean, y por la presente

28  son, ratificados, confirmados, adoptados y aprobados; y que SE RESUELVE, ADEMÁS, que todas las

29  resoluciones cuya adopción pueda ser necesaria por parte de la Junta General de Accionistas

30  para llevar a cabo las operaciones y transacciones contemplada en las resoluciones anteriores se

SERIE "Q"

DIECINUEVE CÓRDOBAS  19⁰⁰

No. 5337466

adopten, y por la presente se adoptan, y que los miembros de la Junta General de Accionistas, directivos y representantes autorizados (incluidos los Funcionarios Autorizados) de la Sociedad actuando individualmente sean, y cada uno de ellos por la presente es, autorizado, en nombre y representación de la Sociedad para certificar la adopción de todas y cada una de dichas resoluciones; y que SE RESUELVE, ADEMÁS, que los Funcionarios estarán, y cada uno de ellos queda por la presente, autorizados y facultados en representación y a nombre de la Sociedad para tomar o hacer que se tomen todas las medidas y para ejecutar y entregar todos los instrumentos que dicho Funcionario determine que son necesarios o convenientes en relación con las resoluciones anteriores; y que SE RESUELVE, ADEMÁS, que esta autorización por escrito puede firmarse en cualquier número de ejemplares (incluso mediante firma por fax), cada uno de los cuales se considerará un original, y todos ellos juntos se considerarán una única autorización. Cuarto: Autorización para libramiento de Certificaciones de Acta. Se autoriza al Secretario de la Sociedad o cualquier Notario Público a librar certificación de la presente Acta, la que servirá de suficiente título habilitante para cualquier fin legal. EN VIRTUD DE LO EXPUESTO, los abajo firmantes, que son todos los miembros los Accionistas, consienten y adoptan por la presente las resoluciones anteriores a partir de la Fecha de Entrada en Vigencia, y renuncian al requerimiento de que se celebre una reunión para llevarlos a cabo. No habiendo otro asunto que tratar se levantó la sesión media hora después de iniciada, haciéndose constar que todas las resoluciones se aprobaron por unanimidad de votos. (Firma ilegible) Nimes Enterprises B.V, representada por ███████ (Firma ilegible) ███ ██ representado por ██████ (Firma ilegible) ██ ██ representado por ██████ (Firma ilegible) ██ representado por ██████ (Firma ilegible) ██ representado por ██ (Firma ilegible) ██████ representado por ██ ██████. Es conforme con su original, con el que fue debidamente cotejado, y para los fines de ley libro la presente certificación en tres hojas de papel sellado serie "Q" Número 5406988, 5406989, 5337466 de ley que firmo y sello en la ciudad de Managua, a las cinco y quince de la tarde del cinco de diciembre de dos mil veintitrés.



*The following comprises a dual-column translation of the duly executed authorizing resolutions within the jurisdiction of Nicaragua.*

**ACTION BY UNANIMOUS WRITTEN CONSENT OF THE GENERAL SHAREHOLDERS´ MEETING OF MERCAPITAL DE NICARAGUA, S.A.**

**a Nicaragua corporation**

[●], 2023 (the "Effective Date")

**EXTRAORDINARY          GENERAL SHAREHOLDERS´ MEETING.** In the city of Managua, at_____ of the____of the day____of ___of the year two thousand twenty-three, the Extraordinary Shareholder´s Meeting of **MERCAPITAL DE NICARAGUA, SOCIEDAD ANÓNIMA**, (The "Company") was held at the offices of the Company, located at Avenida Jean Paul Genie, Building Avanz 3th floor, Managua, Republic of Nicaragua, with the following shareholders or representatives of shareholders being present: ███████ for and on behalf of **Nimes Enterprises B.V.**, previously named **Nimes Enterprises Inc.**, holder of 12,829 shares; and ███████ for and on behalf of ███████, holder of 1 share; for and on behalf of ███████ ███████, holder of 1 share; for and on behalf **of** ███████, holder of 1 share; for and on behalf of ███████, holder of 1 share; and for and on behalf of ███████ ███████, on his own behalf, holder of 1 share.

The Shareholders have met without prior notice and by simple verbal agreement of all those present, who own or represent one hundred percent (100%) of the issued and outstanding shares, thereby constituting a totalitarian meeting.

The Extraordinary General Shareholders´ Meeting was dully organized, after having admitted and filed the Powers of Attorney presented by the representatives of the shareholders who attended this meeting, which were duly executed.

By decision of the shareholder, Mr. ███████ ███████ declared the meeting open and move motions to approve the waiver of the previous call, since one hundred percent (100%) of the issued and outstanding shares of the Company were present or represented, as well as the following agenda: First:

**ACUERDO UNÁNIME POR ESCRITO DE LA JUNTA GEENRAL DE ACCIONISTAS DE MERCAPITAL DE NICARAGUA, S.A.**

**una sociedad constituida en Nicaragua**

[●], 2023 (la "Fecha de Entrada en Vigencia")

**JUNTA GENERAL EXTRAORDINARIA DE ACCIONISTAS.-** En la ciudad de Managua, República de Nicaragua, a las _____ de la _____ del día _____ de _____ del año dos mil veintitrés, se celebró sesión de Junta General Extraordinaria de Accionistas de la sociedad **MERCAPITAL DE NICARAGUA, SOCIEDAD ANÓNIMA**, (la "Sociedad"), en las oficinas de la Sociedad, ubicadas en Avenida Jean Paul Genie, Edificio Avanz, tercer piso, Managua, República de Nicaragua y al efecto estando presentes los siguientes accionistas o representantes de accionistas así: ███████, en nombre y representación de **Nimes Enterprises B.V.**, previamente denominada **Nimes Enterprises Inc.**, titular de 12,829 acciones; y ███████ ███████ en nombre y representación de ███████ titular de 1 acción**;** en nombre y representación de ███████ ███████ titular de 1 acción; en nombre y representación de Adolfo José Lugo Chamorro, titular de 1 acción; en nombre y representación de ███████, titular de 1 acción; y en nombre y representación de ███████ titular de 1 acción.

Los accionistas se han reunido sin convocatoria previa y por simple acuerdo verbal de todos los presentes que son dueños o representan la totalidad de las acciones emitidas y en circulación, tratándose en consecuencia de una asamblea totalitaria.

Quedó así legalmente organizada esta sesión de Junta General Extraordinaria de Accionistas, después de haber sido admitidos y archivados, por estar extendidos en debida forma, los Poderes presentados por el representante de accionistas que ha concurrido a esta reunión.

Por decisión de los señores accionistas, presidió la reunión el señor ███████.

Reading and ratification of the previous minutes. Second: Filing of Chapter 11 petition. **Third**: General Authorization. **Fourth**: Authorization to issue Certifications of Minutes.

The Shareholders unanimously approved the agenda proposed by the President of the meeting, and then proceed as follows:

**First: Reading of the previous minutes.** Unanimous approval of the minutes of the previous sitting.

**Second: Filing of Chapter 11 Petition for the Corporation.**

WHEREAS, the Extraordinary General Shareholders´ Meeting of Directors (the "Shareholders") has considered the financial and operational aspects of the Corporation's business and the recommendations of the Corporation's professionals and advisors;

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Shareholders, it is desirable and in the best interests of the Corporation, its creditors, equity holders and other interested parties that a petition (the "Petition") **be filed by the Corporation seeking relief under chapter 11 of title 11 related to the reorganization down by the United States Bankruptcy Code (the " Code") in the respective Court for the Southern District of New York, United States (the "Relevant Court")**; and be it

FURTHER RESOLVED, that Mr. Harve Light shall serve as Chief Restructuring Officer of the Corporation (the "CRO") and shall have the powers and duties as set forth in his engagement letter, for the term set forth in such letter or, if earlier, until his earlier resignation or removal; that the CRO shall be authorized and empowered to act on behalf of the Corporation in any judicial or other proceedings in any foreign country and to act in any way permitted by applicable foreign law, including, but not limited to (a) commencing a Wet Homologatie Onderhands Akkoord in the Netherlands, (b) seeking recognition of the chapter 11 case of the Corporation in Brazil, and (c) commencing

Después de comprobar la existencia de quórum, el señor ███████████████ declaró abierta la sesión y mocionó para que se aprobase la renuncia a la convocatoria previa de la misma, así como la siguiente agenda: **Primero**: Lectura del Acta anterior, **Segundo**: Presentación de solicitud de aplicación del Capítulo 11 por la Sociedad, **Tercero**: Autorización General y **Cuarto**: Autorización para libramiento de Certificaciones de Acta.

Los señores Accionistas de forma unánime aprobaron la agenda propuesta por el Presidente de la sesión y continuación se procedió de la siguiente manera:

**Primero: Lectura y ratificación del Acta anterior.** Unanimous approval of the minutes of the previous sitting.

**Segundo: Presentación de Solicitud de aplicación del Capítulo 11 por la Sociedad.**

CONSIDERANDO, que la Junta General de Accionistas de la Sociedad (los "Accionistas") ha examinado los aspectos financieros y operativos de la actividad de la Sociedad y las recomendaciones de los profesionales y asesores de la Sociedad;

POR LO TANTO, SE RESUELVE, que los Accionistas consideran que es conveniente y beneficioso para la Sociedad, sus acreedores, accionistas y otras partes interesadas que la Sociedad presente una petición (la "Petición") **solicitando la aplicación del capítulo 11 del título 11 relativa a la reestructuración establecida por el Código de Quiebras de los Estados Unidos (el "Código") ante el correspondiente Tribunal de los Estados Unidos para el Distrito Sur de Nueva York (el "Tribunal Competente")**; y que

SE RESUELVE, ADEMÁS, que el Sr. Harve Light actuará como Oficial Principal de Reestructuración ("CRO") de la Sociedad y tendrá las facultades y deberes establecidos en su carta de compromiso, durante el plazo especificado en dicha carta o, en caso de renuncia o destitución anticipada, hasta su renuncia o destitución; que al CRO se le autorizará y facultará para actuar en nombre de la Corporación en cualquier proceso judicial u otros procedimientos en cualquier país extranjero y para actuar de cualquier manera permitida por la legislación extranjera aplicable, incluyendo, pero no limitado a (a) iniciar un Acuerdo de Homologatie Onderhands Akkoord en los Países

a plenary insolvency proceeding or seeking recognition in an ancillary insolvency proceeding in any foreign country in any way permitted by applicable foreign law; and be it

FURTHER RESOLVED, that the CRO (the "Authorized Officer") are hereby authorized and empowered on behalf of and in the name of the Corporation to execute, verify and cause to be filed the Petition, together with schedules of assets and liabilities, the statement of financial affairs and other ancillary documents required by the Code and the Federal Rules of Chapter 11 Procedure to be filed with the Petition, at such time as the Authorized Officers consider it appropriate; and be it

FURTHER RESOLVED, that the President, Chief Executive Officer and any other person designated and so authorized to act by applicable law, the Corporation's governing documents, or by a written resolution passed by the Shareholders Meeting (collectively, such persons, the "Officers" and each an "Officer") are authorized, empowered and directed to do an perform all other acts and things deemed by the CRO and such Officers to be necessary or appropriate to carry out the foregoing resolutions, in support of the Petition.

FURTHER RESOLVED, that, to the extent the Corporation serves as (i) the sole member or manager, (ii) the sole stockholder or equityholder, (iii) the managing member, (iv) the general partner or (v) otherwise as the governing body (the "Controlling Party"), in each case, of any subsidiary of the Corporation (the "Controlled Party"), each Officer of the Controlling Party, any one of whom may act without the joinder of any of the others, is hereby authorized in the name and on behalf of the Controlling Party (acting for such Controlled Party in the capacity set forth above, as applicable) to take all of the actions on behalf of such Controlled Party that an Officer is herein authorized to take on behalf of such Controlling Party, in each subject to Shareholders approval as required under the governing documents and local law; and be it

FURTHER RESOLVED, that in connection with the commencement of the chapter 11 case by the

Bajos, (b) buscar el reconocimiento del caso de capítulo 11 de la Corporación en Brasil, y (c) iniciar un proceso de insolvencia plenaria o buscar reconocimiento en un proceso de insolvencia auxiliar en cualquier país extranjero de cualquier manera permitida por la legislación extranjera aplicable; y que

SE RESUELVE, ADEMÁS, que el CRO (el "Funcionario Autorizado") queda por la presente autorizado y facultado en nombre y representación de la Sociedad para ejecutar, verificar y hacer que se presente la Petición, junto con anexos de activos y pasivos, el estado de situación financiera y otros documentos adicionales requeridos por el Código y las Normas Federales Reguladoras del Procedimiento del Capítulo 11 que deben presentarse con la Petición, en el momento en que los Funcionarios Autorizados lo consideren oportuno; y que

SE RESUELVE, ADEMÁS, que el Presidente, el Director Ejecutivo (CEO), el Director Financiero (CFO) y cualquier otra persona designada y autorizada en virtud de la legislación aplicable para actuar, los documentos corporativos de la Sociedad o una resolución por escrito aprobada por la Junta de Accionistas (conjuntamente, dichas personas, los "Funcionarios" y cada uno de ellos un "Funcionario") quedan por la presente autorizados, facultados e instruidos a ejecutar todos los demás actos y asuntos que el CRO y dichos Funcionarios consideren necesarios o apropiados para llevar a cabo las resoluciones anteriores, en asistencia a la Petición

SE RESUELVE, ADEMÁS, que, en la medida en que la Sociedad actúe como (i) el único miembro o gerente, (ii) el único accionista o accionista de capital, (iii) el miembro gerente, (iv) el socio general o (v) de otro modo como el órgano de gobierno (la "Parte Controlante"), en cada caso, de cualquier subsidiaria de la Sociedad (la "Parte Controlada"), cada Funcionario de la Parte Controlante, que puede actuar sin la participación de cualquiera de los otros, queda por la presente autorizado en nombre y por cuenta de la Parte Controlante (actuando por la Parte Controlada en la capacidad establecida anteriormente, según corresponda) a tomar todas las medidas en nombre de dicha Parte Controlada que un Funcionario está por la presente autorizado a tomar en nombre de la Parte Controlante, en cada caso sujeto a la aprobación delos Accionistas según se requiera en virtud de los documentos societarios y ley local; y que

SE RESUELVE ADEMÁS, que en relación con el inicio de la presentación del capítulo 11 por parte de la

Corporation, the Authorized Officer is hereby authorized and empowered on behalf and in the name of the Corporation, to negotiate, execute, deliver and perform or cause the performance of (i) one or more debtor in possession Credit Agreements with the Corporation and any pertinent affiliates as borrowers or guarantors on the terms and for such amounts as any Officer deems appropriate (collectively, the "Credit Agreements"), (ii) any and all agreements or instruments on behalf of the Corporation and any pertinent affiliates (including, in connection therewith, such notes, security agreements, guarantees, fee letters and other agreements or instruments on behalf of die Corporation and any pertinent affiliates (such other agreements and instruments together with the Credit Agreements being referred to collectively as the "Financing Documents")) necessary or advisable in order to consummate the transactions contemplated by the Financing Documents, with such changes to the Financing Documents or additions thereto as the Authorized Officer executing the same shall approve as being necessary or desirable, such approval to be evidenced by such execution and (iii) any and all amendments, supplements and changes to the Financing Documents as any such Authorized Officer executing the same may consider necessary, proper or desirable, such determination to be evidenced by such execution; and be it

FURTHER RESOLVED, that the Officers, and any employees or agents (including counsel) designated by or directed by the Officers, shall be, and each hereby is, authorized and empowered to cause the Corporation and such of its affiliates as management deems appropriate to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of such Officer shall be necessary, proper, and desirable to prosecute to a successful completion the Corporation's chapter 11 case and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and be it

FURTHER RESOLVED, that the Officers shall be, and each hereby is, authorized and empowered on behalf of, and in the name of, the Corporation to retain Baker

Sociedad, el Funcionario Autorizado por la presente queda autorizado y facultado en nombre y representación de la Sociedad, para negociar, ejecutar, entregar y realizar o hacer que se realicen (i) uno o más Contratos de Crédito de deudor en posesión con la Sociedad y cualesquiera filiales pertinentes como deudores o garantes en los términos y por los importes que cualquier Funcionario considere apropiados (colectivamente, los "Contratos de Crédito"), (ii) todos y cualesquiera de los acuerdos o instrumentos en nombre de la Sociedad y cualesquiera filiales pertinentes (incluidos, en relación con los mismos, los pagarés, acuerdos de garantía, garantías, cartas de honorarios y otros acuerdos o instrumentos en nombre de la Sociedad y de cualquier filial pertinente (estos otros acuerdos e instrumentos, junto con los Contratos de Crédito, se denominan conjuntamente los "Documentos de Financiación")) necesarios o convenientes para llevar a cabo las operaciones contempladas en los Documentos de Financiación, con las modificaciones o agregados a los Documentos de Financiación que el Funcionario Autorizado que los suscriba considere necesarias o convenientes, cuya aprobación se hará constar mediante su firma, y (iii) todas y cada una de las modificaciones, suplementos y adendas a los Documentos de Financiación que el Funcionario Autorizado que los suscriba considere necesarios, adecuados o convenientes, cuya aprobación se hará constar mediante su firma; y que

SE RESUELVE ADEMÁS, que los Funcionarios , y cualesquiera empleados o agentes (incluidos asesores legales) designados por los Funcionarios o instruidos por ellos, estarán autorizados y facultados, y cada uno de ellos lo está por la presente, para hacer que la Sociedad y las filiales que la administración considere apropiadas celebren, ejecuten, entreguen, certifiquen, presenten, registren y ejecuten tales acuerdos, instrumentos, mociones, declaraciones juradas, solicitudes de aprobaciones o resoluciones de autoridades gubernamentales o reguladoras, certificados u otros documentos, y tomen otras medidas que dicho Funcionario considere que sean necesarias, adecuadas y convenientes para proseguir con éxito la Presentación bajo el Capítulo 11 y para llevar a cabo y poner en práctica los propósitos de estas resoluciones, y las transacciones contempladas en estas resoluciones, debiendo quedar constancia de su autoridad para ello mediante la adopción de dichas medidas; y que

SE RESUELVE, ADEMÁS, que los Autorizados estarán, y cada uno de ellos está, autorizado y facultado en nombre y representación de la Sociedad para contratar

& McKenzie LLP, Riveron Management Services, LLC, and such other attorneys, investment bankers, accountants, financial advisors, claims and noticing agents, and other professionals or service providers to assist in the Corporation's chapter 11 case on such terms as are deemed necessary, proper, or desirable by the Officers.

a Baker & McKenzie LLP, Riveron Management Services, LLC, y otros asesores legales, asesor bancario de inversiones, contadores, asesores financieros, agentes de reclamos y notificaciones, y otros profesionales o proveedores de servicios para asistir en Presentación bajo el Capítulo 11 en los términos que los Funcionarios consideren necesarios, adecuados o convenientes.

### Third:  General Authorization.

### Tercero:  Autorización general.

NOW, THEREFORE, BE IT RESOLVED, that any and all acts taken and any and all certificates, instruments, agreements or other documents executed on behalf of the Corporation by the  Officers prior to the adoption of the foregoing resolutions with regard to any of the transactions, actions, certificates, instruments, agreements or other documents authorized or approved by the foregoing resolutions be, and they hereby are, ratified, confirmed adopted and approved; and be it

POR LO TANTO, SE RESUELVE, que todos y cada uno de los actos realizados y todos y cada uno de los certificados, instrumentos, acuerdos u otros documentos ejecutados en nombre de la Sociedad por los Funcionarios antes de la adopción de las resoluciones precedentes con respecto a cualquiera de las transacciones, acciones, certificados, instrumentos, acuerdos u otros documentos autorizados o aprobados por las resoluciones precedentes sean, y por la presente son, ratificados, confirmados, adoptados y aprobados; y que

FURTHER RESOLVED, that any specific resolutions that may be required to have been adopted by the Shareholders´ Meeting to effectuate the matters and transactions contemplated by the foregoing resolutions be, and they hereby are, adopted, and the members of the Shareholders´ Meeting , officers and authorized representatives (including the Authorized Officers) of the Corporation be, and each of them acting alone hereby is, authorized in the name and on behalf of the Corporation to certify as to the adoption of any and all such resolutions; and be it

SE RESUELVE, ADEMÁS, que todas las resoluciones cuya adopción pueda ser necesaria por parte de la Junta General de  Accionistas para llevar a cabo las operaciones y transacciones contemplada en las resoluciones anteriores se adopten, y por la presente se adoptan, y que los miembros de la Junta General de Accionistas, directivos y representantes autorizados (incluidos los Funcionarios Autorizados) de la Sociedad actuando individualmente sean, y cada uno de ellos por la presente es, autorizado, en nombre y representación de la Sociedad para certificar la adopción de todas y cada una de dichas resoluciones; y que

FURTHER RESOLVED, that the Officers shall be, and each hereby is, authorized and empowered on behalf of the Corporation and in its name to take or cause to be taken all actions and to execute and deliver all such instruments that such    Officer determines are necessary or desirable in connection with the foregoing resolutions; and be it

SE RESUELVE, ADEMÁS, que los Funcionarios estarán, y cada uno de ellos queda por la presente, autorizados y facultados en representación y a nombre de la Sociedad para tomar o hacer que se tomen todas las medidas y para ejecutar y entregar todos los instrumentos que dicho Funcionario determine que son necesarios o convenientes en relación con las resoluciones anteriores; y que

FURTHER RESOLVED, that this written consent may be signed in any number of counterparts (including by means of facsimile signature), each of which shall be deemed to be an original, and all of which taken together shall be deemed to be a single consent.

SE RESUELVE, ADEMÁS, que esta autorización por escrito puede firmarse en cualquier número de ejemplares (incluso mediante firma por fax), cada uno de los cuales se considerará un original, y todos ellos juntos se considerarán una única autorización.

### Fourth: Authorization to issue Certifications of

### Cuarto:  Autorización  para  libramiento  de

**Minutes.**

The Secretary of the Company or any Notary is hereby authorized to issue a certification of this Minutes, which shall serve as sufficient legal title for any legal purpose.

**<u>Certificaciones de Acta.</u>**

Se autoriza al Secretario de la Sociedad o cualquier Notario Público a librar certificación de la presente Acta, la que servirá de suficiente título habilitante para cualquier fin legal.

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the Shareholders, hereby consent to and adopt the foregoing resolutions as of the Effective Date, and waive the requirement that a meeting be held to accomplish the same.

**EN VIRTUD DE LO EXPUESTO,** los abajo firmantes, que son todos los miembros los Accionistas, consienten y adoptan por la presente las resoluciones anteriores a partir de la Fecha de Entrada en Vigencia, y renuncian al requerimiento de que se celebre una reunión para llevarlos a cabo.

After discussing all matters, the meeting adjourned half hour an hour after it began, and all resolutions were approved by unanimous vote.

No habiendo otro asunto que tratar se levantó la sesión media hora después de iniciada, haciéndose constar que todas las resoluciones se aprobaron por unanimidad de votos.

